# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DEREK GRANT,

    Plaintiff,                            Case No. 17-cv-12734
                                              Hon. Matthew F. Leitman

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## JUDGMENT

In accordance with the order remanding this case under sentence four of 42 U.S.C. § 405(g),

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 22, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764